UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ALICE JEFFRIES, | |
| Plaintiff, | |
| v. | CAUSE NO.: 2:19-CV-329-TLS |
| CARLOTTA ADAMS, MARGARET MACON, GERALD MITCHELL, GARRY MITCHELL, and DOES 1-10 INCLUSIVE | |
| Defendants. | |

**OPINION AND ORDER**

This matter is before the Court on Defendants' Motion to Dismiss for Failure to Prosecute and/or Failure to Comply with Court Orders [ECF No. 27]. In their Motion, Defendants argue that Plaintiff's claims should be dismissed for a failure to comply with this Court's Orders and for a failure to provide the Court with a mailing address and telephone number where she can be reached. Defendants argue that they are prejudiced by the delay caused by Plaintiff's failure to prosecute this action and comply with Court orders.

A general timeline of the events in this case is as follows. On August 30, 2019, Plaintiff filed her pro se Complaint [ECF No. 1], raising claims against Defendants for conversion, fraud, and breach of contract. The Court notes that the Complaint lists Plaintiff's mailing address as PO Box 4, Pluckemin, NJ 07978, and her email address as alicefjeffries1@gmail.com. On October 3, 2019, Plaintiff filed an Amended Complaint [ECF No. 9], which was subsequently struck by the Court [ECF No. 11] four days later for failure to comply with Federal Rule of Civil Procedure 15. With the Amended Complaint, Plaintiff submitted a Change of Address [ECF No. 9-1] to the

1

Court, listing a new mailing address of PO Box 4, Keansburg, NJ 07734. On November 11, 2019, Defendants filed their Answer [ECF No. 12].

On November 12, 2019, the Court scheduled a Rule 16 conference for December 5, 2019 [ECF No. 13]. On December 5, 2019, Plaintiff failed to appear for the conference [ECF No. 17]. On December 10, 2019, the Court ordered [ECF No. 18] Plaintiff to appear on January 7, 2020, for a hearing to show cause why she should not be held in contempt for failing to appear at the December 5, 2019 Rule 16 conference. On January 7, 2020, Plaintiff failed to appear for the show cause hearing, despite court staff attempting to call her "at the telephone number provided to the Clerk's office" [ECF No. 21]. Nothing in the record, either in that minute entry or in the case caption, refers to the specific phone number court staff attempted to contact Plaintiff at on January 7, 2020. On February 3, 2020, the show cause order [ECF No. 18] that the Court had sent to Plaintiff at her updated address [ECF No. 9-1] was returned with the notations "unclaimed" and "unable to forward" [ECF Nos. 23, 24]. On February 14, 2020, the Court ordered [ECF No. 25] Plaintiff to file a response by March 2, 2020, explaining her failures to appear and correcting her contact information; the Court warned her that failure to comply may result in sanctions or dismissal of her case. On March 6, 2020, after Plaintiff did not respond by the deadline set out in the Court's previous Order, Defendants filed the instant Motion to Dismiss for Failure to Prosecute and/or Failure to Comply with Court Orders [ECF No. 27].

The Court notes that the first case of COVID-19 appeared in New Jersey on March 4, 2020, and may be impacting communications and contact in this case. Additionally, current public information shows the full zip code for Plaintiff's last known address as 07734-0004 and lists a telephone number for Alice Faye Jeffries as 908-243-0279.

Accordingly, the Court:

2

1. DIRECTS the Clerk of Court to correct the zip code for Plaintiff's address to 07734-0004, and list her phone number as 908-243-0279;

2. TAKES UNDER ADVISEMENT Defendants' Motion to Dismiss for Failure to Prosecute and/or Failure to Comply with Court Orders [ECF No. 27];

3. GRANTS Plaintiff until May 22, 2020, in which (a) to file a response to Defendants' Motion to Dismiss [ECF No. 27] and (b) to confirm the listed telephone number or otherwise provide a reliable telephone number by which she can be contacted by the Court for telephone conferences, and a street address by which she can receive mail from the Court, in the event court mail is again returned from her post office box address;

4. WARNS Plaintiff that a failure to fully comply with this Order may result in the dismissal of her lawsuit;

5. DIRECTS the Clerk of Court to scan a copy of this Order to the Plaintiff's email address;

6. DIRECTS the Clerk of Court to mail a copy of this Order to Plaintiff's post office box address by first class mail only;

7. GRANTS Defendant until June 2, 2020, in which to file any reply brief in support of the Motion to Dismiss, if appropriate; and

8. SCHEDULES a Telephone Status/Scheduling/Ruling Conference for this matter on June 11, 2020, at 11:00 AM Central Standard Time.

SO ORDERED on April 27, 2020.

                                                s/ Theresa L. Springmann  
                                                CHIEF JUDGE THERESA L. SPRINGMANN  
                                                UNITED STATES DISTRICT COURT